JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VARDAN BABOUDJIAN,<br><br>  Plaintiff,<br><br>VS.<br><br>CONTINENTAL CASUALTY COMPANY; FARMERS GROUP, INC. EMPLOYEES' LONG TERM DISABILITY PLAN,<br><br>  Defendants. | CASE NO: CV06-1624 DSF (SHx)<br><br>ORDER DISMISSING ACTION |

Pursuant to the Stipulation of the parties, and good cause appearing, the above entitled action is dismissed with prejudice.

IT IS SO ORDERED.

DATED: November 13, 2009    _____

The Honorable Dale S. Fischer
United States District Court Judge

1